IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| TAMMY RENEA DOBBS | § |
| | § |
| DEBTOR | § |

**DEBTOR'S AGREED MOTION FOR SUBSTITUTION OF COUNSEL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**NOW COMES**, Tammy Renea Dobbs ("Debtor"), and files this, her Motion for Substitution of Counsel ("Motion"), and in support states:

1. Weldon Reed Allman filed a voluntary petition on behalf of Debtor under Chapter 13 of Title 11 of the United States Code on October 9, 2017.

2. Debtor wishes to substitute Warren V. Norred as her attorney of record in this case, and terminate Allman's representation and involvement in this case.

3. Norred has no connections with the Debtor, creditors, or any other party in interest.

4. Norred represents no interest adverse to the Debtor, and his retention and employment would be in the best interests of the Debtor and her estate.

**WHEREFORE, PREMISES CONSIDERED**, Debtor Dobbs prays that this Court allow Warren V. Norred to substitute into this bankruptcy proceeding as her attorney of record and further record the withdraw of Allman in this case.

Respectfully submitted,

By: __/s/Warren V. Norred_____
Warren V. Norred, Texas Bar No. 24045095
200 E. Abram Ste. 300; Arlington, TX  76010
Tel. (817) 704-3984; Fax. (817) 549-0161
wnorred@norredlaw.com
Attorney for Debtor

**AGREED:**

_____
Tammy Renea Dobbs

**CERTIFICATE OF CONFERENCE** – I personally exchanged email messages with Mr. Allman in this matter, who expressed no opposition to this substitution.

/s/Warren V. Norred
Warren V. Norred

**CERTIFICATE OF SERVICE** - I certify that the foregoing instrument will be electronically mailed to parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to Electronic Filing Procedures in this District on this January 15, 2018.

/s/Warren V. Norred
Warren V. Norred